Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.: 19−28662−RG
           Chapter: 13
           Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph Antenor
   59 Warren Avenue
   Roselle Park, NJ 07204

Social Security No.:
   xxx−xx−9202

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          11/20/19
Time:          08:30 AM
Location:      Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 22, 2019
JAN: wdh

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-28662-RG
Joseph Antenor                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin            Page 1 of 3          Date Rcvd: Oct 22, 2019
                          Form ID: 132           Total Noticed: 105

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2019.

```
db              +Joseph Antenor,    59 Warren Avenue,    Roselle Park, NJ 07204-2227
cr              +Nissan Motor Acceptance Corporation, Servicer for,    P.O. Box 660366,    Dallas, TX 75266-0366,
                  UNITED STATES 75266-0366
518489957      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court: American Honda Finance,     201 Little Falls Dr,
                  Wilmington, DE 19808)
518489962      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,     PO Box 15102,    Wilmington, DE 19886)
518489963       +BAnk of America,    PO Box 15026,    Wilmington, DE 19850-5026
518489958       +Bank of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
518490101        Bank of America,    PO Box 650260,    Dallas TX 75265-0000
518489960        Bank of America,    PO Box 650260,    Dallas, TX 75265
518489961        Bank of America,    PO Box 650260,    Dallas, TX 75265
518489964       +Best Egg,    PO Box 5493,    Carol Stream, IL 60197-5493
518489971       +CMRE Financial Services,     3075 E Imperial Hwy,    Brea, CA 92821-6753
518489970       +CMRE Financial Services,     Attn: Bankruptcy,    3075 E. Imperial Hwy, Suite 200,
                  Brea, CA 92821-6753
518489966       +Chase Auto Finance,    P.o. Box 901003,    Fort Worth, TX 76101-2003
518489967       +Chase Bank,    PO Box 901038,    Fort Worth, TX 76101-2038
518489968       +Chase Bankcard Center,    P0 Box 29022,    Phoenix, AZ 85038-9022
518489969        Chase Bankcard Services,    150 University Drive G2-8,    Scottsdale, AZ 85251
518489972       +Cmre Financial Services Inc,    3075 E Imperial Hwy,    Suite 200,    Brea, CA 92821-6753
518489979       +Credence Resource Management,     17000 Dallas Pkwy Ste 20,    Dallas, TX 75248-1938
518489984       +Cross River Bank,    400 Kelby Street,    14th Floor,    Fort Lee, NJ 07024-2938
518489985       +Deptartment Store National Bank/Macy’s,    Attn: Bankruptcy,    9111 Duke Boulevard,
                  Mason, OH 45040-8999
518489987       +Deptartment Store National Bank/Macy’s,    Po Box 8218,    Mason, OH 45040-8218
518489990       +Enhanced Recovery Corporation,    10550 Dearwood Park Blvd.,    Suite 600,
                  Jacksonville, FL 32256-2811
518490041      ++FINANCIAL INSTITUTION LENDING OPTIONS,    550 BAY VIEW RD STE A,    PO BOX 750,
                  MUKWONAGO WI 53149-0750
                 (address filed with court: SST,    P0 Box 3999,    Saint Joseph, MO 64503)
518489992       +Fein, Such, Kahn, and Shepard ESQ,    7 Century Drive,    Suite 201,    Parsippany, NJ 07054-4673
518489993       +Fein, Such, Kahn, and Shepard LLC,    7 Century Drive,    Suite 201,    Parsippany, NJ 07054-4673
518489998       +Fingerhut,    PO Box 745010,    Cincinnati, OH 45274-0001
518490000       +First Credit Services,    377 Hoes Lane,    Piscataway, NJ 08854-4155
518490001       +First Credit Services,    371 Hoes Lane,    Suite 300B,    Piscataway, NJ 08854-4143
518489999       +First Credit Services,    Attn: Bankruptcy,    Po Box 55,    3 Sciles Avenue,
                  Piscataway, NJ 08855-7200
518498929       +Garrick Cox MD LLC,    c/o Fein Such Kahn & Shepard, PC,    7 Century Dr., Suite 201,
                  Parsippany, NJ 07054-4609
518490002       +Garrick Cox, MD LLC,    246 Hamburg Turnpike,    Wayne, NJ 07470-2160
518490010        LVNV Funding/Resurgent Capital,    C/o Resurgent Capital Services,    Greenville, SC 29602
518490005       +Lending Club,    595 Market Street,    San Francisco, CA 94105-2807
518490004       +Lending Club,    Attn: Bankruptcy,    595 Market Street Ste 200,    San Francisco, CA 94105-2807
518490011       +Macy’s,    9111 Duke Blvd.,    Mason, OH 45040-8999
518490014       +Macy’s,    PO Box 8053,    Mason, OH 45040-8053
518490013        Macy’s,    PO Box 4580,    Carol Stream, IL 60197-4580
518490012       +Macy’s,    P.O. Box 4564,    Carol Stream, IL 60197-4564
518490017       +Macy’s Visa,    Bankruptcy,    6356 Corley Road,    Norcross, GA 30071-1704
518490018       +Macy’s Visa,    P0 Box 745012,    Cincinnati, OH 45274-5012
518490023      ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
                 (address filed with court: Nissan Motors,     Attn: Bankruptcy,    P0 Box 371491,
                  Pittsburg, PA 75266)
518490019       +Nissan Motor Acceptance Corp,    P0 Box 660366,    Dallas, TX 75266-0366
518490020       +Nissan Motor Acceptance Corporation,    Attn: Bankruptcy,    P0 Box 660360,
                  Dallas, TX 75266-0360
518490022       +Nissan Motors,    PO Box 650424,    Dallas, TX 75265-0424
518490024        Nissan Motors,    18501 South Figueroa Street,    Gardena, CA 90248
518490025       +PNC Bank,    Consumer Loan Center,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
518490026        PNC Bank,    Attn: Consumer Assistance Team,    PO Box 1326,    Pittsburgh, PA 15230
518490027       +PNC Bank,    Attn: Customer Service,    PO Box 609,    Pittsburgh, PA 15230-0609
518490030       +PNC Mortgage,    PO Box 1820,    Dayton, OH 45401-1820
518490028       +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
518490029       +Pnc Mortgage,    P0 Box 8703,    Dayton, OH 45401-8703
518490031       +Powerhouse Gym,    859 Communipaw Avenue,    Jersey City, NJ 07304-1302
518490033       +Prosper Funding LLC,    221 Main Street,    San Francisco, CA 94105-1906
518490037       +Resurgent,    PO Box 1410,    Troy, MI 48099-1410
518490040       +SST,    PO Box 219913,    Kansas City, MO 64121-9913
518490102       +Superior Court of NJ,    Special Civil Part, Law Division,    2 Broad Street,
                  Ref # DC-009577-19,    Elizabeth NJ 07201-2202
518490048       +Systems & Services Technologies/Best Egg,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
518490047       +Systems & Services Technologies/Best Egg,    Attn: Bankruptcy,    4315 Pickett Road,
                  Saint Joseph, MO 64503-1600
```

```
District/off: 0312-2          User: admin              Page 2 of 3             Date Rcvd: Oct 22, 2019
                              Form ID: 132             Total Noticed: 105


518490056      +Wells Fargo Bank,    7000 Vista Drive,    West Des Moines, IA 50266-9310
518490059       Wells Fargo Bank NA,    Credit Bureau Dispute Resoluti,    Des Moines, IA 50306
518490058      +Wells Fargo Bank NA,    Attn: Bankruptcy,    1 Home Campus,    Des Moines, IA 50328-0001
518490060       Wells Fargo Card Services,    PO Box 10347,    Des Moines, IA 50306-0347
518490062      +Wells Fargo Card Services,    PO Box 77053,    Minneapolis, MN 55480-7753
518490061      +Wells Fargo Card Services,    PO Box 6412,    Carol Stream, IL 60197-6412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 22 2019 23:25:34      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 22 2019 23:25:32      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 23:37:21
                 Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,   Norfolk, VA 23541-1021
518490003       E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 22 2019 23:25:43      Honda,
                 National Service Center,    PO Box 165378,   Irving, TX 75016
518489956       E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 22 2019 23:25:43      American Honda Finance,
                 Attn: Bankruptcy,    P0 Box 168088,    Irving, TX 75016
518489964      +E-mail/PDF: MarletteBKNotifications@resurgent.com Oct 22 2019 23:36:52      Best Egg,
                 PO Box 5493,    Carol Stream, IL 60197-5493
518489965      +E-mail/Text: bk.notifications@jpmchase.com Oct 22 2019 23:25:23      Chase Auto Finance,
                 Attn: Bankruptcy,    P0 Box 901076,    Fort Worth, TX 76101-2076
518489973      +E-mail/Text: documentfiling@lciinc.com Oct 22 2019 23:24:10      Comcast,   PO Box 1809,
                 Union, NJ 07083-1809
518489975      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 22 2019 23:25:14      Comenity,   PO Box 183003,
                 Columbus, OH 43218-3003
518489977      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 22 2019 23:25:15      Comenity Bank,
                 Attention: Bankruptcy,    P0 Box 182686,    Columbus, OH 43218-2686
518489976      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 22 2019 23:25:15      Comenity Bank,
                 P0 Box 182789,    Columbus, OH 43218-2789
518489978      +E-mail/Text: bankruptcy@credencerm.com Oct 22 2019 23:26:06      Credence Resource Management,
                 17000 Dallas Parkway,    Suite 204,   Dallas, TX 75248-1940
518489981      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 22 2019 23:36:55      Credit One Bank,
                 Po Box 98872,    Las Vegas, NV 89193-8872
518489983      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 22 2019 23:36:55      Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
518489982      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 22 2019 23:36:56      Credit One Bank,
                 P0 Box 80015,    Los Angeles, CA 90080-0015
518489980      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 22 2019 23:36:55      Credit One Bank,
                 Attn: Bankruptcy Department,    P0 Box 98873,   Las Vegas, NV 89193-8873
518489991      +E-mail/Text: bknotice@ercbpo.com Oct 22 2019 23:25:37      ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
518489989      +E-mail/Text: bknotice@ercbpo.com Oct 22 2019 23:25:37      Enhanced Recovery Corporation,
                 Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
518489994      +E-mail/Text: bnc-bluestem@quantum3group.com Oct 22 2019 23:26:03      Fingerhut,
                 Attn: Bankruptcy,    P0 Box 1250,    Saint Cloud, MN 56395-1250
518489996      +E-mail/Text: bnc-bluestem@quantum3group.com Oct 22 2019 23:26:03      Fingerhut,   PO Box 5033,
                 Sioux Falls, SD 57117-5033
518489995      +E-mail/Text: bnc-bluestem@quantum3group.com Oct 22 2019 23:26:03      Fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
518490008      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 22 2019 23:36:59      LVNV Funding,
                 Attn: Resurgent Capital,    15 South Main Street,   Greenville, SC 29601-2743
518507778       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 22 2019 23:36:59      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
518490009      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 22 2019 23:37:00
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    P0 Box 10497,
                 Greenville, SC 29603-0497
518490006      +E-mail/Text: bk@lendingclub.com Oct 22 2019 23:25:56      Lending Club,
                 71 Stevenson Street Ste 300,    San Francisco, CA 94105-2985
518490035       E-mail/Text: bankruptcy@prosper.com Oct 22 2019 23:25:59      Prosper Marketplace,
                 111 Sutter Street Floor# 22,    San Francisco, CA 94104
518490034      +E-mail/Text: bankruptcy@prosper.com Oct 22 2019 23:25:59      Prosper Funding LLC,
                 101 2nd Street Floor 15,    San Francisco, CA 94105-3672
518490032      +E-mail/Text: bankruptcy@prosper.com Oct 22 2019 23:25:59      Prosper Funding LLC,
                 221 Main Street,    Suite 300,   San Francisco, CA 94105-1909
518490036      +E-mail/Text: bankruptcy@prosper.com Oct 22 2019 23:25:59      Prosper Marketplace,
                 101 2nd Street Floor 15,    San Francisco, CA 94105-3672
518490038      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 22 2019 23:37:00      Resurgent Capital,
                 PO Box 10587,    Greenville, SC 29603-0587
518490039      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 22 2019 23:36:59
                 Resurgent Capital Services, L.P.,    15 S. Main St., Ste. 600,   Greenville, SC 29601-2768
518490042      +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 23:38:09      Synchrony Bank,
                 Attn: Bankruptcy,    P0 Box 965060,    Orlando, FL 32896-5060
518491657      +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 23:38:09      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
518490046      +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 23:38:08      Synchrony Bank,   PO Box 960013,
                 Orlando, FL 32896-0013
518490043      +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 23:36:47      Synchrony Bank,   P0 Box 965005,
                 Orlando, FL 32896-5005
```

```
District/off: 0312-2               User: admin              Page 3 of 3                Date Rcvd: Oct 22, 2019
                                   Form ID: 132             Total Noticed: 105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518490044         +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 23:36:48       Synchrony Bank,   Po Box 965015,
                   Orlando, FL 32896-5015
518490049          E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Oct 23 2019 00:13:08        T-Mobile,
                   Bankruptcy,    PO Box 37380,    Albuquerque, NM 87176
518490050          E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Oct 23 2019 00:13:24
                   T-Mobile Bankruptcy Team,    PO Box 53410,    Bellevue, WA 98015
518506926         +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 23 2019 00:13:47        T Mobile/T-Mobile USA Inc,
                   by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518490051         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 22 2019 23:24:03
                   Verizon,   PO Box 15124,    Albany, NY 12212-5124
518490053         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 22 2019 23:24:03
                   Verizon Bankruptcy,    500 Technology Drive,    Saint Charles, MO 63304-2225
518490054         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 22 2019 23:24:03
                   Verizon Bankruptcy South,    PO Box 25087,    Wilmington, DE 19899-5087
                                                                                                TOTAL: 42

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518489959*       ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court: Bank of America,     Po Box 982238,    El Paso, TX 79998)
518489974*        +Comcast,   PO Box 1809,    Union, NJ 07083-1809
518489988*        +Deptartment Store National Bank/Macy's,    P0 Box 8218,    Mason, OH 45040-8218
518489986*        +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
                   Mason, OH 45040-8999
518489997*        +Fingerhut,   6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
518490007*        +Lending Club Corporation,    71 Stevenson Street Ste 300,    San Francisco, CA 94105-2985
518490015*         Macy's,   P.O. Box 4564,    Carol Stream, IL 60197-4564
518490016*        +Macy's,   9111 Duke Blvd.,    Mason, OH 45040-8999
518490021*        +Nissan Motor Acceptance Corporation,    Attn: Bankruptcy,    P0 Box 660360,
                   Dallas, TX 75266-0360
518490045*        +Synchrony Bank,    P0 Box 965015,   Orlando, FL 32896-5015
518490052*        +Verizon,   PO Box 15124,    Albany, NY 12212-5124
518490055*        +Verizon Inc.,    PO Box 15124,   Albany, NY 12212-5124
518489955       ##+AIS Services LLC,    50 California Street Ste 150,    San Francisco, CA 94111-4612
518490057       ##+Wells Fargo Bank,    PO Box 28724,    Kansas City, MO 64188-8724
                                                                                    TOTALS: 0, * 12, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2019 at the address(es) listed below:
              Herbert B. Raymond    on behalf of Debtor Joseph  Antenor herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              John R. Morton, Jr.    on behalf of Creditor   Nissan Motor Acceptance Corporation, Servicer for
               Nissan-Infiniti LT ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   PNC Bank, National Association
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```