**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
JOSEPH ANTENOR,

Case No.: 19-28662 RG  
Judge: GAMBARDELLA

Debtor(s)

## Chapter 13 Plan and Motions

☒ Original  ☐ Modified/Notice Required    Date: OCTOBER 21, 2019

☐ Motions Included  ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: HR    Initial Debtor: JA    Initial Co-Debtor: _____

| Part 1: | Payment and Length of Plan |
|---|---|

a. The debtor shall pay $ __150__ per __MONTH__ to the Chapter 13 Trustee, starting on __OCTOBER OF 2019__ for approximately __60__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

     a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

     b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ |
| DOMESTIC SUPPORT OBLIGATION | NONE AS TO DOMESTIC SUPPORT | $2,500 Balance Due Counsel Fees |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:     Secured Claims**

### a.  Curing Default and Maintaining Payments on Principal Residence: ☒ **NONE**

   The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

### b.  Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:  ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

### c.  Secured claims excluded from 11 U.S.C. 506:  ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| PNC MORTGAGE | 62 MAPLE STREET, BLOOMFIELD, NEW JERSEY | $UNKNOWN | SURRENDER IN FULL SATISFACTION OF CLAIM |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:   Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☐ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| NISSAN MOTOR ACCEPTANCE CORP. | NONE | UNEXPIRED AUTOMOBILE LEASE | REJECT LEASE | NONE.  REJECT LEASE.  SURRENDER. |

**Part 7:    Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Counsel Fees & Supp. Counsel Fees (Fully paid before other Claims)
3) Secured Claims and then Priority Claims
4) Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9:    Modification ☒ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
|  |  |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

### Part 10:    Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: OCTOBER 15, 2019                                         /S/ JOSEPH ANTENOR
                                                               Debtor

Date: _____                                   _____
                                                               Joint Debtor

Date: OCTOBER 15, 2019                                         /S/ HERBERT B. RAYMOND, ESQ.
                                                               Attorney for Debtor(s)

```
                                United States Bankruptcy Court
                                     District of New Jersey

In re:                                                              Case No. 19-28662-RG
Joseph Antenor                                                      Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 3            Date Rcvd: Oct 22, 2019
                              Form ID: pdf901          Total Noticed: 105


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2019.
db             +Joseph Antenor,    59 Warren Avenue,    Roselle Park, NJ 07204-2227
cr             +Nissan Motor Acceptance Corporation, Servicer for,    P.O. Box 660366,    Dallas, TX 75266-0366,
                 UNITED STATES 75266-0366
518489957     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court: American Honda Finance,    201 Little Falls Dr,
                 Wilmington, DE 19808)
518489962     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    PO Box 15102,    Wilmington, DE 19886)
518489963      +BAnk of America,    PO Box 15026,    Wilmington, DE 19850-5026
518489958      +Bank of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
518490101       Bank of America,    PO Box 650260,    Dallas TX 75265-0000
518489960       Bank of America,    PO Box 650260,    Dallas, TX 75265
518489961       Bank of America,    PO Box 650260,    Dallas, TX 75265
518489964      +Best Egg,   PO Box 5493,    Carol Stream, IL 60197-5493
518489971      +CMRE Financial Services,    3075 E Imperial Hwy,    Brea, CA 92821-6753
518489970      +CMRE Financial Services,    Attn: Bankruptcy,    3075 E. Imperial Hwy, Suite 200,
                 Brea, CA 92821-6753
518489966      +Chase Auto Finance,    P.o. Box 901003,    Fort Worth, TX 76101-2003
518489967      +Chase Bank,   PO Box 901038,    Fort Worth, TX 76101-2038
518489968      +Chase Bankcard Center,    P0 Box 29022,    Phoenix, AZ 85038-9022
518489969       Chase Bankcard Services,    150 University Drive G2-8,    Scottsdale, AZ 85251
518489972      +Cmre Financial Services Inc,    3075 E Imperial Hwy,    Suite 200,    Brea, CA 92821-6753
518489979      +Credence Resource Management,    17000 Dallas Pkwy Ste 20,    Dallas, TX 75248-1938
518489984      +Cross River Bank,    400 Kelby Street,    14th Floor,    Fort Lee, NJ 07024-2938
518489985      +Deptartment Store National Bank/Macy’s,    Attn: Bankruptcy,    9111 Duke Boulevard,
                 Mason, OH 45040-8999
518489987      +Deptartment Store National Bank/Macy’s,    Po Box 8218,    Mason, OH 45040-8218
518489990      +Enhanced Recovery Corporation,    10550 Dearwood Park Blvd.,    Suite 600,
                 Jacksonville, FL 32256-2811
518490041     ++FINANCIAL INSTITUTION LENDING OPTIONS,    550 BAY VIEW RD STE A,    PO BOX 750,
                 MUKWONAGO WI 53149-0750
                (address filed with court: SST,    P0 Box 3999,    Saint Joseph, MO 64503)
518489992      +Fein, Such, Kahn, and Shepard ESQ,    7 Century Drive,    Suite 201,    Parsippany, NJ 07054-4673
518489993      +Fein, Such, Kahn, and Shepard LLC,    7 Century Drive,    Suite 201,    Parsippany, NJ 07054-4673
518489998      +Fingerhut,    PO Box 745010,    Cincinnati, OH 45274-0001
518490000      +First Credit Services,    377 Hoes Lane,    Piscataway, NJ 08854-4155
518490001      +First Credit Services,    371 Hoes Lane,    Suite 300B,    Piscataway, NJ 08854-4143
518489999      +First Credit Services,    Attn: Bankruptcy,    Po Box 55,    3 Sciles Avenue,
                 Piscataway, NJ 08855-7200
518498929      +Garrick Cox MD LLC,    c/o Fein Such Kahn & Shepard, PC,    7 Century Dr., Suite 201,
                 Parsippany, NJ 07054-4609
518490002      +Garrick Cox, MD LLC,    246 Hamburg Turnpike,    Wayne, NJ 07470-2160
518490010       LVNV Funding/Resurgent Capital,    C/o Resurgent Capital Services,    Greenville, SC 29602
518490005      +Lending Club,    595 Market Street,    San Francisco, CA 94105-2807
518490004      +Lending Club,    Attn: Bankruptcy,    595 Market Street Ste 200,    San Francisco, CA 94105-2807
518490011      +Macy’s,    9111 Duke Blvd.,    Mason, OH 45040-8999
518490014      +Macy’s,    PO Box 8053,    Mason, OH 45040-8053
518490013       Macy’s,    PO Box 4580,    Carol Stream, IL 60197-4580
518490012      +Macy’s,    P.O. Box 4564,    Carol Stream, IL 60197-4564
518490017      +Macy’s Visa,    Bankruptcy,    6356 Corley Road,    Norcross, GA 30071-1704
518490018       Macy’s Visa,    P0 Box 745012,    Cincinnati, OH 45274-5012
518490023     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
                (address filed with court: Nissan Motors,    Attn: Bankruptcy,    P0 Box 371491,
                 Pittsburg, PA 75266)
518490019      +Nissan Motor Acceptance Corp,    P0 Box 660366,    Dallas, TX 75266-0366
518490020      +Nissan Motor Acceptance Corporation,    Attn: Bankruptcy,    P0 Box 660360,
                 Dallas, TX 75266-0360
518490022      +Nissan Motors,    PO Box 650424,    Dallas, TX 75265-0424
518490024       Nissan Motors,    18501 South Figueroa Street,    Gardena, CA 90248
518490025      +PNC Bank,    Consumer Loan Center,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
518490026       PNC Bank,    Attn: Consumer Assistance Team,    PO Box 1326,    Pittsburgh, PA 15230
518490027      +PNC Bank,    Attn: Customer Service,    PO Box 609,    Pittsburgh, PA 15230-0609
518490030      +PNC Mortgage,    PO Box 1820,    Dayton, OH 45401-1820
518490028      +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
518490029      +Pnc Mortgage,    P0 Box 8703,    Dayton, OH 45401-8703
518490031      +Powerhouse Gym,    859 Communipaw Avenue,    Jersey City, NJ 07304-1302
518490033      +Prosper Funding LLC,    221 Main Street,    San Francisco, CA 94105-1906
518490037      +Resurgent,    PO Box 1410,    Troy, MI 48099-1410
518490040      +SST,   PO Box 219913,    Kansas City, MO 64121-9913
518490102      +Superior Court of NJ,    Special Civil Part, Law Division,    2 Broad Street,
                 Ref # DC-009577-19,    Elizabeth NJ 07201-2202
518490048      +Systems & Services Technologies/Best Egg,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
518490047      +Systems & Services Technologies/Best Egg,    Attn: Bankruptcy,    4315 Pickett Road,
                 Saint Joseph, MO 64503-1600
```

```
District/off: 0312-2                  User: admin                    Page 2 of 3                     Date Rcvd: Oct 22, 2019
                                      Form ID: pdf901                Total Noticed: 105


518490056      +Wells Fargo Bank,    7000 Vista Drive,    West Des Moines, IA 50266-9310
518490059       Wells Fargo Bank NA,    Credit Bureau Dispute Resoluti,    Des Moines, IA 50306
518490058      +Wells Fargo Bank NA,    Attn: Bankruptcy,    1 Home Campus,    Des Moines, IA 50328-0001
518490060       Wells Fargo Card Services,    PO Box 10347,    Des Moines, IA 50306-0347
518490062      +Wells Fargo Card Services,    PO Box 77053,    Minneapolis, MN 55480-7753
518490061      +Wells Fargo Card Services,    PO Box 6412,    Carol Stream, IL 60197-6412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 22 2019 23:25:34      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 22 2019 23:25:33      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 23:36:51
                 Synchrony Bank, c/o PRA Receivables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
518490003       E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 22 2019 23:25:43      Honda,
                 National Service Center,    PO Box 165378,    Irving, TX 75016
518489956       E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 22 2019 23:25:43      American Honda Finance,
                 Attn: Bankruptcy,    P0 Box 168088,    Irving, TX 75016
518489964      +E-mail/PDF: MarletteBKNotifications@resurgent.com Oct 22 2019 23:38:16      Best Egg,
                 PO Box 5493,    Carol Stream, IL 60197-5493
518489965      +E-mail/Text: bk.notifications@jpmchase.com Oct 22 2019 23:25:23      Chase Auto Finance,
                 Attn: Bankruptcy,    P0 Box 901076,    Fort Worth, TX 76101-2076
518489973      +E-mail/Text: documentfiling@lciinc.com Oct 22 2019 23:24:11      Comcast,    PO Box 1809,
                 Union, NJ 07083-1809
518489975      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 22 2019 23:25:19      Comenity,    PO Box 183003,
                 Columbus, OH 43218-3003
518489977      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 22 2019 23:25:19      Comenity Bank,
                 Attention: Bankruptcy,    P0 Box 182686,    Columbus, OH 43218-2686
518489976      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 22 2019 23:25:19      Comenity Bank,
                 P0 Box 182789,    Columbus, OH 43218-2789
518489978      +E-mail/Text: bankruptcy@credencerm.com Oct 22 2019 23:26:06      Credence Resource Management,
                 17000 Dallas Parkway,    Suite 204,    Dallas, TX 75248-1940
518489981      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 22 2019 23:37:34      Credit One Bank,
                 Po Box 98872,    Las Vegas, NV 89193-8872
518489983      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 22 2019 23:38:22      Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
518489982      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 22 2019 23:36:57      Credit One Bank,
                 P0 Box 80015,    Los Angeles, CA 90080-0015
518489980      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 22 2019 23:36:58      Credit One Bank,
                 Attn: Bankruptcy Department,    P0 Box 98873,    Las Vegas, NV 89193-8873
518489991      +E-mail/Text: bknotice@ercbpo.com Oct 22 2019 23:25:39      ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
518489989      +E-mail/Text: bknotice@ercbpo.com Oct 22 2019 23:25:39      Enhanced Recovery Corporation,
                 Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
518489994      +E-mail/Text: bnc-bluestem@quantum3group.com Oct 22 2019 23:26:03      Fingerhut,
                 Attn: Bankruptcy,    P0 Box 1250,    Saint Cloud, MN 56395-1250
518489996      +E-mail/Text: bnc-bluestem@quantum3group.com Oct 22 2019 23:26:03      Fingerhut,    PO Box 5033,
                 Sioux Falls, SD 57117-5033
518489995      +E-mail/Text: bnc-bluestem@quantum3group.com Oct 22 2019 23:26:03      Fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
518490008      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 22 2019 23:38:27      LVNV Funding,
                 Attn: Resurgent Capital,    15 South Main Street,    Greenville, SC 29601-2743
518507778       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 22 2019 23:38:26      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518490009      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 22 2019 23:37:38
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    P0 Box 10497,
                 Greenville, SC 29603-0497
518490006      +E-mail/Text: bk@lendingclub.com Oct 22 2019 23:25:56      Lending Club,
                 71 Stevenson Street Ste 300,    San Francisco, CA 94105-2985
518490035       E-mail/Text: bankruptcy@prosper.com Oct 22 2019 23:25:59      Prosper Marketplace,
                 111 Sutter Street Floor# 22,    San Francisco, CA 94104
518490034      +E-mail/Text: bankruptcy@prosper.com Oct 22 2019 23:25:59      Prosper Funding LLC,
                 101 2nd Street Floor 15,    San Francisco, CA 94105-3672
518490032      +E-mail/Text: bankruptcy@prosper.com Oct 22 2019 23:25:59      Prosper Funding LLC,
                 221 Main Street,    Suite 300,    San Francisco, CA 94105-1909
518490036      +E-mail/Text: bankruptcy@prosper.com Oct 22 2019 23:25:59      Prosper Marketplace,
                 101 2nd Street Floor 15,    San Francisco, CA 94105-3672
518490038      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 22 2019 23:37:39      Resurgent Capital,
                 PO Box 10587,    Greenville, SC 29603-0587
518490039      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 22 2019 23:37:00
                 Resurgent Capital Services, L.P.,    15 S. Main St., Ste. 600,    Greenville, SC 29601-2768
518490042      +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 23:37:25      Synchrony Bank,
                 Attn: Bankruptcy,    P0 Box 965060,    Orlando, FL 32896-5060
518491657      +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 23:36:49      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518490046      +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 23:37:23      Synchrony Bank,    PO Box 960013,
                 Orlando, FL 32896-0013
518490043      +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 23:37:27      Synchrony Bank,    P0 Box 965005,
                 Orlando, FL 32896-5005
```

```
District/off: 0312-2              User: admin              Page 3 of 3              Date Rcvd: Oct 22, 2019
                                  Form ID: pdf901          Total Noticed: 105


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518490044       +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2019 23:37:24      Synchrony Bank,   Po Box 965015,
                 Orlando, FL 32896-5015
518490049        E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Oct 23 2019 00:13:08        T-Mobile,
                 Bankruptcy,   PO Box 37380,    Albuquerque, NM 87176
518490050        E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Oct 23 2019 00:13:24
                 T-Mobile Bankruptcy Team,    PO Box 53410,   Bellevue, WA 98015
518506926       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 23 2019 00:00:12       T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518490051       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 22 2019 23:24:05
                 Verizon,   PO Box 15124,    Albany, NY 12212-5124
518490053       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 22 2019 23:24:05
                 Verizon Bankruptcy,    500 Technology Drive,   Saint Charles, MO 63304-2225
518490054       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 22 2019 23:24:05
                 Verizon Bankruptcy South,    PO Box 25087,   Wilmington, DE 19899-5087
                                                                                               TOTAL: 42

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518489959*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank of America,    Po Box 982238,   El Paso, TX 79998)
518489974*      +Comcast,   PO Box 1809,   Union, NJ 07083-1809
518489988*      +Deptartment Store National Bank/Macy's,   P0 Box 8218,   Mason, OH 45040-8218
518489986*      +Deptartment Store National Bank/Macy's,   Attn: Bankruptcy,   9111 Duke Boulevard,
                 Mason, OH 45040-8999
518489997*      +Fingerhut,   6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
518490007*      +Lending Club Corporation,   71 Stevenson Street Ste 300,   San Francisco, CA 94105-2985
518490015*       Macy's,   P.O. Box 4564,   Carol Stream, IL 60197-4564
518490016*      +Macy's,   9111 Duke Blvd.,   Mason, OH 45040-8999
518490021*      +Nissan Motor Acceptance Corporation,   Attn: Bankruptcy,   P0 Box 660360,
                 Dallas, TX 75266-0360
518490045*      +Synchrony Bank,   P0 Box 965015,   Orlando, FL 32896-5015
518490052*      +Verizon,   PO Box 15124,   Albany, NY 12212-5124
518490055*      +Verizon Inc.,   PO Box 15124,   Albany, NY 12212-5124
518489955     ##+AIS Services LLC,   50 California Street Ste 150,   San Francisco, CA 94111-4612
518490057     ##+Wells Fargo Bank,   PO Box 28724,   Kansas City, MO 64188-8724
                                                                                     TOTALS: 0, * 12, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2019                                            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2019 at the address(es) listed below:
              Herbert B. Raymond    on behalf of Debtor Joseph  Antenor herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation, Servicer for
               Nissan-Infiniti LT ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    PNC Bank, National Association
               rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```