Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 19−28662−RG
    Chapter: 13
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph Antenor
   59 Warren Avenue
   Roselle Park, NJ 07204

Social Security No.:
   xxx−xx−9202

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/21/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 22, 2019
JAN: zlh

    Jeanne Naughton
    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 19-28662-RG
Joseph Antenor                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 4             Date Rcvd: Nov 22, 2019
                               Form ID: 148             Total Noticed: 109

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2019.
```
db            +Joseph Antenor,    59 Warren Avenue,    Roselle Park, NJ 07204-2227
cr            +Nissan Motor Acceptance Corporation, Servicer for,     P.O. Box 660366,    Dallas, TX 75266-0366,
               UNITED STATES 75266-0366
518489957    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
              (address filed with court: American Honda Finance,     201 Little Falls Dr,
               Wilmington, DE 19808)
518489958     +Bank of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
518544210     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518489971     +CMRE Financial Services,    3075 E Imperial Hwy,    Brea, CA 92821-6753
518489970     +CMRE Financial Services,    Attn: Bankruptcy,    3075 E. Imperial Hwy, Suite 200,
               Brea, CA 92821-6753
518489966     +Chase Auto Finance,    P.o. Box 901003,    Fort Worth, TX 76101-2003
518489967     +Chase Bank,    PO Box 901038,    Fort Worth, TX 76101-2038
518489968     +Chase Bankcard Center,    P0 Box 29022,    Phoenix, AZ 85038-9022
518489969      Chase Bankcard Services,    150 University Drive G2-8,    Scottsdale, AZ 85251
518489972     +Cmre Financial Services Inc,    3075 E Imperial Hwy,    Suite 200,    Brea, CA 92821-6753
518489979     +Credence Resource Management,    17000 Dallas Pkwy Ste 20,    Dallas, TX 75248-1938
518489984     +Cross River Bank,    400 Kelby Street,    14th Floor,    Fort Lee, NJ 07024-2938
518489985     +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
               Mason, OH 45040-8999
518489987     +Deptartment Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
518489990     +Enhanced Recovery Corporation,    10550 Dearwood Park Blvd.,    Suite 600,
               Jacksonville, FL 32256-2811
518490041    ++FINANCIAL INSTITUTION LENDING OPTIONS,    550 BAY VIEW RD STE A,    PO BOX 750,
               MUKWONAGO WI 53149-0750
              (address filed with court: SST,    P0 Box 3999,    Saint Joseph, MO 64503)
518489992     +Fein, Such, Kahn, and Shepard ESQ,    7 Century Drive,    Suite 201,    Parsippany, NJ 07054-4673
518489993     +Fein, Such, Kahn, and Shepard LLC,    7 Century Drive,    Suite 201,    Parsippany, NJ 07054-4673
518489998     +Fingerhut,    PO Box 745010,    Cincinnati, OH 45274-0001
518490001     +First Credit Services,    371 Hoes Lane,    Suite 300B,    Piscataway, NJ 08854-4143
518490000     +First Credit Services,    377 Hoes Lane,    Piscataway, NJ 08854-4155
518489999     +First Credit Services,    Attn: Bankruptcy,    Po Box 55,    3 Sciles Avenue,
               Piscataway, NJ 08855-7200
518498929     +Garrick Cox MD LLC,    c/o Fein Such Kahn & Shepard, PC,    7 Century Dr., Suite 201,
               Parsippany, NJ 07054-4609
518490002     +Garrick Cox, MD LLC,    246 Hamburg Turnpike,    Wayne, NJ 07470-2160
518490010      LVNV Funding/Resurgent Capital,    C/o Resurgent Capital Services,    Greenville, SC 29602
518490005     +Lending Club,    595 Market Street,    San Francisco, CA 94105-2807
518490004     +Lending Club,    Attn: Bankruptcy,    595 Market Street Ste 200,    San Francisco, CA 94105-2807
518575142     +Midland Credit Management, Inc.,    PO Box 2037,    Warren, MI 48090-2037
518490023    ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
              (address filed with court: Nissan Motors,    Attn: Bankruptcy,    P0 Box 371491,
               Pittsburg, PA 75266)
518490019     +Nissan Motor Acceptance Corp,    P0 Box 660366,    Dallas, TX 75266-0366
518490020     +Nissan Motor Acceptance Corporation,    Attn: Bankruptcy,    P0 Box 660360,
               Dallas, TX 75266-0360
518490024      Nissan Motors,    18501 South Figueroa Street,    Gardena, CA 90248
518490022     +Nissan Motors,    PO Box 650424,    Dallas, TX 75265-0424
518490025     +PNC Bank,    Consumer Loan Center,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
518490026      PNC Bank,    Attn: Consumer Assistance Team,    PO Box 1326,    Pittsburgh, PA 15230
518490027     +PNC Bank,    Attn: Customer Service,    PO Box 609,    Pittsburgh, PA 15230-0609
518490030     +PNC Mortgage,    PO Box 1820,    Dayton, OH 45401-1820
518490028     +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
518490029     +Pnc Mortgage,    P0 Box 8703,    Dayton, OH 45401-8703
518490031     +Powerhouse Gym,    859 Communipaw Avenue,    Jersey City, NJ 07304-1302
518490033     +Prosper Funding LLC,    221 Main Street,    San Francisco, CA 94105-1906
518490037     +Resurgent,    PO Box 1410,    Troy, MI 48099-1410
518490040     +SST,    PO Box 219913,    Kansas City, MO 64121-9913
518490102     +Superior Court of NJ,    Special Civil Part, Law Division,    2 Broad Street,
               Ref # DC-009577-19,    Elizabeth NJ 07201-2202
518490048     +Systems & Services Technologies/Best Egg,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
518490047     +Systems & Services Technologies/Best Egg,    Attn: Bankruptcy,    4315 Pickett Road,
               Saint Joseph, MO 64503-1600
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 23 2019 01:26:21     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 23 2019 01:26:18      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr            +EDI: RMSC.COM Nov 23 2019 05:48:00      Synchrony Bank, c/o PRA Receivables Management, LL,
               POB 41021,    Norfolk, VA 23541-1021
518490003      EDI: HNDA.COM Nov 23 2019 05:48:00      Honda,    National Service Center,    PO Box 165378,
               Irving, TX 75016
```

```
District/off: 0312-2            User: admin                  Page 2 of 4                    Date Rcvd: Nov 22, 2019
                                Form ID: 148                 Total Noticed: 109


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518489956      EDI: HNDA.COM Nov 23 2019 05:48:00      American Honda Finance,    Attn: Bankruptcy,
                P0 Box 168088,    Irving, TX 75016
518489962      EDI: BANKAMER2.COM Nov 23 2019 05:48:00      Bank of America,    PO Box 15102,
                Wilmington, DE 19886
518489959      EDI: BANKAMER.COM Nov 23 2019 05:48:00      Bank of America,    Po Box 982238,
                El Paso, TX 79998
518489963     +EDI: BANKAMER.COM Nov 23 2019 05:48:00      BAnk of America,    PO Box 15026,
                Wilmington, DE 19850-5026
518490101      EDI: BANKAMER2.COM Nov 23 2019 05:48:00      Bank of America,    PO Box 650260,
                Dallas TX 75265-0000
518489960      EDI: BANKAMER2.COM Nov 23 2019 05:48:00      Bank of America,    PO Box 650260,
                Dallas, TX 75265
518489961      EDI: BANKAMER.COM Nov 23 2019 05:48:00      Bank of America,    PO Box 650260,
                Dallas, TX 75265
518489964     +E-mail/PDF: MarletteBKNotifications@resurgent.com Nov 23 2019 01:17:09       Best Egg,
                PO Box 5493,    Carol Stream, IL 60197-5493
518489965     +EDI: CAUT.COM Nov 23 2019 05:48:00      Chase Auto Finance,    Attn: Bankruptcy,    P0 Box 901076,
                Fort Worth, TX 76101-2076
518489973     +EDI: COMCASTCBLCENT Nov 23 2019 05:48:00      Comcast,    PO Box 1809,    Union, NJ 07083-1809
518489975     +EDI: WFNNB.COM Nov 23 2019 05:48:00      Comenity,    PO Box 183003,    Columbus, OH 43218-3003
518489977     +EDI: WFNNB.COM Nov 23 2019 05:48:00      Comenity Bank,    Attention: Bankruptcy,    P0 Box 182686,
                Columbus, OH 43218-2686
518489976     +EDI: WFNNB.COM Nov 23 2019 05:48:00      Comenity Bank,    P0 Box 182789,
                Columbus, OH 43218-2789
518489978     +E-mail/Text: bankruptcy@credencerm.com Nov 23 2019 01:27:02       Credence Resource Management,
                17000 Dallas Parkway,    Suite 204,    Dallas, TX 75248-1940
518489981     +E-mail/PDF: creditonebknotifications@resurgent.com Nov 23 2019 01:17:16       Credit One Bank,
                Po Box 98872,    Las Vegas, NV 89193-8872
518489983     +E-mail/PDF: creditonebknotifications@resurgent.com Nov 23 2019 01:18:40       Credit One Bank,
                PO Box 98873,    Las Vegas, NV 89193-8873
518489982     +E-mail/PDF: creditonebknotifications@resurgent.com Nov 23 2019 01:17:15       Credit One Bank,
                P0 Box 80015,    Los Angeles, CA 90080-0015
518489980     +E-mail/PDF: creditonebknotifications@resurgent.com Nov 23 2019 01:18:41       Credit One Bank,
                Attn: Bankruptcy Department,    P0 Box 98873,    Las Vegas, NV 89193-8873
518489991     +E-mail/Text: bknotice@ercbpo.com Nov 23 2019 01:26:26       ERC/Enhanced Recovery Corp,
                8014 Bayberry Rd,    Jacksonville, FL 32256-7412
518489989     +E-mail/Text: bknotice@ercbpo.com Nov 23 2019 01:26:26       Enhanced Recovery Corporation,
                Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
518489994     +EDI: BLUESTEM Nov 23 2019 05:48:00      Fingerhut,    Attn: Bankruptcy,    P0 Box 1250,
                Saint Cloud, MN 56395-1250
518489996     +EDI: BLUESTEM Nov 23 2019 05:48:00      Fingerhut,    PO Box 5033,    Sioux Falls, SD 57117-5033
518489995     +EDI: BLUESTEM Nov 23 2019 05:48:00      Fingerhut,    6250 Ridgewood Road,
                Saint Cloud, MN 56303-0820
518490008     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 23 2019 01:20:21       LVNV Funding,
                Attn: Resurgent Capital,    15 South Main Street,    Greenville, SC 29601-2743
518507778      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 23 2019 01:18:45       LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518490009     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 23 2019 01:18:45
                LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    P0 Box 10497,
                Greenville, SC 29603-0497
518490006     +E-mail/Text: bk@lendingclub.com Nov 23 2019 01:26:53       Lending Club,
                71 Stevenson Street Ste 300,    San Francisco, CA 94105-2985
518490012      EDI: TSYS2.COM Nov 23 2019 05:48:00      Macy’s,    P.O. Box 4564,    Carol Stream, IL 60197-4564
518490013      EDI: TSYS2.COM Nov 23 2019 05:48:00      Macy’s,    PO Box 4580,    Carol Stream, IL 60197-4580
518490014     +EDI: TSYS2.COM Nov 23 2019 05:48:00      Macy’s,    PO Box 8053,    Mason, OH 45040-8053
518490011     +EDI: TSYS2.COM Nov 23 2019 05:48:00      Macy’s,    9111 Duke Blvd.,    Mason, OH 45040-8999
518490018     +EDI: TSYS2.COM Nov 23 2019 05:48:00      Macy’s Visa,    P0 Box 745012,
                Cincinnati, OH 45274-5012
518490017     +EDI: TSYS2.COM Nov 23 2019 05:48:00      Macy’s Visa,    Bankruptcy,    6356 Corley Road,
                Norcross, GA 30071-1704
518490035      E-mail/Text: bankruptcy@prosper.com Nov 23 2019 01:26:55       Prosper Marketplace,
                111 Sutter Street Floor# 22,    San Francisco, CA 94104
518490034     +E-mail/Text: bankruptcy@prosper.com Nov 23 2019 01:26:55       Prosper Funding LLC,
                101 2nd Street Floor 15,    San Francisco, CA 94105-3672
518490032     +E-mail/Text: bankruptcy@prosper.com Nov 23 2019 01:26:55       Prosper Funding LLC,
                221 Main Street,    Suite 300,    San Francisco, CA 94105-1909
518490036     +E-mail/Text: bankruptcy@prosper.com Nov 23 2019 01:26:55       Prosper Marketplace,
                101 2nd Street Floor 15,    San Francisco, CA 94105-3672
518490038     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 23 2019 01:30:43       Resurgent Capital,
                PO Box 10587,    Greenville, SC 29603-0587
518490039     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 23 2019 01:20:21
                Resurgent Capital Services, L.P.,    15 S. Main St., Ste. 600,    Greenville, SC 29601-2768
518490042     +EDI: RMSC.COM Nov 23 2019 05:48:00      Synchrony Bank,    Attn: Bankruptcy,    P0 Box 965060,
                Orlando, FL 32896-5060
518491657     +EDI: RMSC.COM Nov 23 2019 05:48:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
518490046     +EDI: RMSC.COM Nov 23 2019 05:48:00      Synchrony Bank,    PO Box 960013,
                Orlando, FL 32896-0013
```

```
District/off: 0312-2           User: admin                 Page 3 of 4                   Date Rcvd: Nov 22, 2019
                               Form ID: 148                Total Noticed: 109


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518490043       +EDI: RMSC.COM Nov 23 2019 05:48:00       Synchrony Bank,    PO Box 965005,
                 Orlando, FL 32896-5005
518490044       +EDI: RMSC.COM Nov 23 2019 05:48:00       Synchrony Bank,    Po Box 965015,
                 Orlando, FL 32896-5015
518490049        EDI: AISTMBL.COM Nov 23 2019 05:48:00      T-Mobile,    Bankruptcy,   PO Box 37380,
                 Albuquerque, NM 87176
518490050        EDI: AISTMBL.COM Nov 23 2019 05:48:00      T-Mobile Bankruptcy Team,    PO Box 53410,
                 Bellevue, WA 98015
518506926       +EDI: AIS.COM Nov 23 2019 05:48:00      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518490051       +EDI: VERIZONCOMB.COM Nov 23 2019 05:48:00       Verizon,   PO Box 15124,    Albany, NY 12212-5124
518490053       +EDI: VERIZONCOMB.COM Nov 23 2019 05:48:00       Verizon Bankruptcy,    500 Technology Drive,
                 Saint Charles, MO 63304-2225
518490054       +EDI: VERIZONCOMB.COM Nov 23 2019 05:48:00       Verizon Bankruptcy South,    PO Box 25087,
                 Wilmington, DE 19899-5087
518490057       +EDI: WFFC.COM Nov 23 2019 05:48:00       Wells Fargo Bank,    PO Box 28724,
                 Kansas City, MO 64188-8724
518490056       +EDI: WFFC.COM Nov 23 2019 05:48:00       Wells Fargo Bank,    7000 Vista Drive,
                 West Des Moines, IA 50266-9310
518490058       +EDI: WFFC.COM Nov 23 2019 05:48:00       Wells Fargo Bank NA,    Attn: Bankruptcy,    1 Home Campus,
                 Des Moines, IA 50328-0001
518490059        EDI: WFFC.COM Nov 23 2019 05:48:00       Wells Fargo Bank NA,    Credit Bureau Dispute Resoluti,
                 Des Moines, IA 50306
518490060        EDI: WFFC.COM Nov 23 2019 05:48:00       Wells Fargo Card Services,    PO Box 10347,
                 Des Moines, IA 50306-0347
518490062       +EDI: WFFC.COM Nov 23 2019 05:48:00       Wells Fargo Card Services,    PO Box 77053,
                 Minneapolis, MN 55480-7753
518490061       +EDI: WFFC.COM Nov 23 2019 05:48:00       Wells Fargo Card Services,    PO Box 6412,
                 Carol Stream, IL 60197-6412
                                                                                                TOTAL: 61

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518489974*      +Comcast,    PO Box 1809,    Union, NJ 07083-1809
518489988*      +Deptartment Store National Bank/Macy's,     PO Box 8218,    Mason, OH 45040-8218
518489986*      +Deptartment Store National Bank/Macy's,     Attn: Bankruptcy,    9111 Duke Boulevard,
                 Mason, OH 45040-8999
518489997*      +Fingerhut,    6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
518490007*      +Lending Club Corporation,    71 Stevenson Street Ste 300,    San Francisco, CA 94105-2985
518490015*       Macy's,    P.O. Box 4564,    Carol Stream, IL 60197-4564
518490016*      +Macy's,    9111 Duke Blvd.,    Mason, OH 45040-8999
518490021*      +Nissan Motor Acceptance Corporation,    Attn: Bankruptcy,    PO Box 660360,
                 Dallas, TX 75266-0360
518490045*      +Synchrony Bank,    PO Box 965015,    Orlando, FL 32896-5015
518490052*      +Verizon,    PO Box 15124,    Albany, NY 12212-5124
518490055*      +Verizon Inc.,    PO Box 15124,    Albany, NY 12212-5124
518489955      ##+AIS Services LLC,    50 California Street Ste 150,    San Francisco, CA 94111-4612
                                                                                         TOTALS: 0, * 11, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                                      Signature:  /s/Joseph Speetjens

```
District/off: 0312-2              User: admin               Page 4 of 4              Date Rcvd: Nov 22, 2019
                                  Form ID: 148              Total Noticed: 109
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2019 at the address(es) listed below:

```
          Herbert B. Raymond    on behalf of Debtor Joseph  Antenor herbertraymond@gmail.com,
           raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
           ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
           ls789@gmail.com
          John R. Morton, Jr.    on behalf of Creditor   Nissan Motor Acceptance Corporation, Servicer for
           Nissan-Infiniti LT ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   PNC Bank, National Association
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```